SMITH v. ALLISON

No. 703P86.

Case below: 83 N.C. App. 232.

Petition by defendant (Allison) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STATE v. AMANCHUKWA

No. 127P87.

Case below: 84 N.C. App. 567.

Petition by defendant for writ of supersedeas and temporary stay allowed 23 March 1987.

STATE v. ATKINSON

No. 157P87.

Case below: 84 N.C. App. 701.

Petition by defendant for writ of supersedeas and temporary stay denied 7 April 1987.

STATE v. AVERY

No. 57P87.

Case below: 83 N.C. App. 676.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

STATE v. BAILEY

No. 69P87.

Case below: 84 N.C. App. 312.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.